M
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel:   (702) 362-8500
Fax:   (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorney for Plaintiff Jeffrey Alan James*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

| | |
|---|---|
| JEFFREY ALAN JAMES, an individual and resident of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, a municipal corporation, DETECTIVE K. LAPEER (#1446), DETECTIVE K. LIPPISCH (#1710), DETECTIVE W. NICHOLS (#1242), and Defendant DOE OFFICERS I-X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01207-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS [ECF No. 5]**<br><br>**(First Request)** |

Counsel for Plaintiff, Melanie A. Hill of Melanie Hill Law PLLC, and counsel for Defendants, Brandon P. Kemble, Assistant City Attorney for the Henderson City Attorneys' Office, respectfully submit the following stipulation and order to extend the deadline for Plaintiff to file his opposition to the Defendants City of Henderson, Detective K. Lapeer, Detective K. Lippisch, and Detective W. Nichols' Motion to Dismiss [ECF No. 5] filed on July 18, 2019 for thirty days from the current deadline of August 1, 2019 to September 3, 2019.[1]  Counsel for Plaintiff needs additional time to prepare her opposition given the additional difficulty of speaking to her client who is

---

[1] The 30 day deadline falls on Saturday, August 30, 2019, making the next business day after the Labor Day holiday September 3, 2019.

incarcerated in a jail that has been on repeated lockdowns and based on the number of arguments raised in the Motion to Dismiss.

**IT IS HEREBY STIPULATED AND AGREED** between the parties that the deadline for Plaintiff to file his opposition to the Defendants Motion to Dismiss [ECF No 5] be extended thirty days from its current deadline of August 1, 2019 to September 3, 2019.

DATED this 24th day of July, 2019.

| MELANIE HILL LAW PLLC | HENDERSON CITY ATTORNEY |
|---|---|
| By:  /s/ Melanie A. Hill<br>Melanie A. Hill, Esq.<br>Nevada Bar No. 8796<br>520 S. 7th Street, Suite A<br>Las Vegas, Nevada 89101<br>Telephone: (702) 362-8500<br>Facsimile: (702) 362-8505<br>Melanie@MelanieHillLaw.com<br>*Attorneys for Plaintiff Pamela Dittmar* | By:  /s/ Brandon Kemble<br>Brandon Kemble, Esq.<br>Nevada Bar No. 11175<br>240 Water Street, MSC 144<br>Henderson, Nevada 89015<br>Telephone: (702) 267-1200<br>Facsimile: (702) 267-1201<br>Brandon.Kemble@cityofhenderson.com<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated July 26, 2019.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE