**NICHOLAS G. VASKOV**
City Attorney
Nevada State Bar No. 8298
**BRANDON P. KEMBLE**
Assistant City Attorney
Nevada Bar No. 11175
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1200 Telephone
(702) 267-1201 Facsimile
brandon.kemble@cityofhenderson.com

Attorney for Defendants
CITY OF HENDERSON, K. LAPEER,
K. LIPPISCH and W. NICHOLS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY ALAN JAMES, an individual and resident of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, a municipal corporation, DETECTIVE K. LAPEER (#1446), DETECTIVE K. LIPPISCH (#1710), DETECTIVE W. NICHOLS (#1242), and Defendant DOE OFFICERS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-01207-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS [ECF No. 5]**<br><br>**(Second Request)** |

Counsel for Defendants, Brandon P. Kemble, Assistant City Attorney for the Henderson City Attorney's Office, and counsel for Plaintiff, Melanie A. Hill of Melanie Hill Law PLLC, respectfully submit the following stipulation and order to extend the deadline for Plaintiff to file his opposition to the Defendants City of Henderson, Detective K. LaPeer, Detective K. Lippisch, and Detective W. Nichols' Motion to Dismiss [ECF No. 5] filed on July 18, 2019. The parties previously stipulated to an extension of the original deadline of August 1, 2019 to September 3, 2019 [ECF No. 8]. Plaintiff's counsel had difficulty speaking to her client who is incarcerated in a facility that has been

1

on repeated lockdowns. That difficulty continued during the 30-day extension and Plaintiff now indicates that he is looking for new counsel. As a result, the parties agree to extend the deadline for Plaintiff to file his opposition to Defendants' Motion to Dismiss for an additional 45 days, to October 18, 2019.

**IT IS HEREBY STIPULATED AND AGREED** between the parties that the deadline for Plaintiff to file his opposition to the Defendants Motion to Dismiss [ECF No 5] be extended 45 days from its current deadline of September 3, 2019 to October 18, 2019.

DATED this 3rd day of September, 2019.

| CITY OF HENDERSON | MELANIE HILL LAW PLLC |
|---|---|
| By: /s/ Brandon P. Kemble<br>Brandon P. Kemble<br>Assistant City Attorney<br>Nevada Bar No. 11175<br>240 Water St., MSC 144<br>Henderson, NV 89015<br>Telephone: (702) 267-1200<br>Brandon.Kemble@cityofhenderson.com<br><br>*Attorneys for Defendants*<br>*City of Henderson, Detective K. LaPeer,*<br>*Detective K. Lippisch and Detective W. Nichols* | By: /s/ Melanie A. Hill<br>Melanie A. Hill, Esq.<br>Nevada Bar No. 8796<br>520 S. 7th Street, Suite A<br>Las Vegas, NV 89101<br>Telephone: (702) 362-8500<br>Melanie@MelanieHillLaw.com<br><br>*Attorneys for Plaintiff*<br>*Jeffrey Alan James* |

**IT IS SO ORDERED.**

Dated September 4, 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE