1 MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
2 **MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
3 Las Vegas, NV 89101
Tel: (702) 362-8500
4 Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
5 *Attorney for Plaintiff Jeffrey Alan James*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

JEFFREY ALAN JAMES, an individual and resident of Nevada,

Plaintiff,

v.

CITY OF HENDERSON, a municipal corporation, DETECTIVE K. LAPEER (#1446), DETECTIVE K. LIPPISCH (#1710), DETECTIVE W. NICHOLS (#1242), and Defendant DOE OFFICERS I-X, inclusive,

Defendants.

Case No. 2:19-cv-01207-JCM-BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS [ECF No. 5]**

**(Third Request)**

Counsel for Plaintiff, Melanie A. Hill of Melanie Hill Law PLLC, and counsel for Defendants, Brandon P. Kemble, Assistant City Attorney for the Henderson City Attorneys' Office, respectfully submit the following stipulation and order to extend the deadline for Plaintiff to file his opposition to the Defendants City of Henderson, Detective K. Lapeer, Detective K. Lippisch, and Detective W. Nichols' Motion to Dismiss [ECF No. 5] filed on July 18, 2019 for forty-five days from the current deadline of October 18, 2019 to December 2, 2019.[1]

/ / /

/ / /

---

[1] The 45-day deadline falls on Sunday, December 1, 2019, making the next business day December 2, 2019.

Due to constant lock down at the jail, counsel for Plaintiff has not heard from the Plaintiff regarding what attorney he would like to substitute in her place in this case. Counsel for Plaintiff is also not able to communicate with Plaintiff because the jail is constantly on lock down and therefore Counsel for Plaintiff will be seeking to withdraw by separate motion. To avoid any prejudice to Plaintiff, the parties have stipulated to extend the deadline for Plaintiff to prepare and file his opposition.

**IT IS HEREBY STIPULATED AND AGREED** between the parties that the deadline for Plaintiff to file his opposition to the Defendants' Motion to Dismiss [ECF No 5] be extended forty-five days from its current deadline of October 18, 2019 to December 2, 2019.

DATED this 21st day of October, 2019.

| MELANIE HILL LAW PLLC | HENDERSON CITY ATTORNEY |
|---|---|
| By: /s/ Melanie A. Hill<br>Melanie A. Hill, Esq.<br>Nevada Bar No. 8796<br>520 S. 7th Street, Suite A<br>Las Vegas, Nevada 89101<br>Telephone: (702) 362-8500<br>Facsimile: (702) 362-8505<br>Melanie@MelanieHillLaw.com<br>*Attorneys for Plaintiff Pamela Dittmar* | By: /s/ Brandon Kemble<br>Brandon Kemble, Esq.<br>Nevada Bar No. 11175<br>240 Water Street, MSC 144<br>Henderson, Nevada 89015<br>Telephone: (702) 267-1200<br>Facsimile: (702) 267-1201<br>Brandon.Kemble@cityofhenderson.com<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated October 22, 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE