1  MELANIE A. HILL, ESQ.
   Nevada Bar No. 8796
2  **MELANIE HILL LAW PLLC**
   520 S. 7th Street, Suite A
3  Las Vegas, NV 89101
   Tel:  (702) 362-8500
4  Fax:  (702) 362-8505
   Melanie@MelanieHillLaw.com
5  *Attorney for Plaintiff Jeffrey Alan James*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| JEFFREY ALAN JAMES, an individual and resident of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, a municipal corporation, DETECTIVE K. LAPEER (#1446), DETECTIVE K. LIPPISCH (#1710), DETECTIVE W. NICHOLS (#1242), and Defendant DOE OFFICERS I-X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01207-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS [ECF No. 5] DUE TO PENDING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**<br><br>**(Fourth Request)** |

Counsel for Plaintiff, Melanie A. Hill of Melanie Hill Law PLLC, and counsel for Defendants, Brandon P. Kemble, Assistant City Attorney for the Henderson City Attorneys' Office, respectfully submit the following stipulation and order to extend the deadline for Plaintiff to file his opposition to the Defendants City of Henderson, Detective K. Lapeer, Detective K. Lippisch, and Detective W. Nichols' Motion to Dismiss [ECF No. 5] filed on July 18, 2019 for sixty days from the current deadline of December 2, 2019 to January 31, 2020.

Due to constant lock down at the jail, counsel for Plaintiff has not heard from the Plaintiff regarding what attorney he would like to substitute in her place in this case. Counsel for Plaintiff has also received no communications from Mr. James' family members regarding the status of him finding new counsel. Counsel for Plaintiff is also not able to communicate with Plaintiff because the

jail is constantly on lock down and therefore Counsel for Plaintiff filed a Motion to Withdraw as counsel of record on December 2, 2019. To avoid any prejudice to Plaintiff due to counsel's withdrawal, the parties have stipulated to extend the deadline for Plaintiff to prepare and file his opposition to the Defendants' Motion to Dismiss [ECF No 5].

**IT IS HEREBY STIPULATED AND AGREED** between the parties that the deadline for Plaintiff to file his opposition to the Defendants' Motion to Dismiss [ECF No 5] be extended sixty days from its current deadline of December 2, 2019 to January 31, 2020 to allow the Court to rule on counsel for Plaintiff's pending motion to withdraw and also allow Plaintiff adequate time to oppose Defendants' Motion to Dismiss.

DATED this 2nd day of December, 2019.

| MELANIE HILL LAW PLLC | HENDERSON CITY ATTORNEY |
|---|---|
| By: /s/ Melanie A. Hill<br>Melanie A. Hill, Esq.<br>Nevada Bar No. 8796<br>520 S. 7th Street, Suite A<br>Las Vegas, Nevada 89101<br>Telephone: (702) 362-8500<br>Facsimile: (702) 362-8505<br>Melanie@MelanieHillLaw.com<br>*Attorneys for Plaintiff Jeffrey Alan James* | By: /s/ Brandon Kemble<br>Brandon Kemble, Esq.<br>Nevada Bar No. 11175<br>240 Water Street, MSC 144<br>Henderson, Nevada 89015<br>Telephone: (702) 267-1200<br>Facsimile: (702) 267-1201<br>Brandon.Kemble@cityofhenderson.com<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated December 3, 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE