MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel:  (702) 362-8500
Fax:  (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorney for Plaintiff Jeffrey Alan James*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| JEFFREY ALAN JAMES, an individual and resident of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, a municipal corporation, DETECTIVE K. LAPEER (#1446), DETECTIVE K. LIPPISCH (#1710), DETECTIVE W. NICHOLS (#1242), and Defendant DOE OFFICERS I-X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01207-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS [ECF No. 5] DUE TO PENDING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**<br><br>**(Fifth Request)** |

Counsel for Plaintiff, Melanie A. Hill of Melanie Hill Law PLLC, and counsel for Defendants, Brandon P. Kemble, Assistant City Attorney for the Henderson City Attorneys' Office, respectfully submit the following stipulation and order to extend the deadline for Plaintiff to file his opposition to the Defendants City of Henderson, Detective K. Lapeer, Detective K. Lippisch, and Detective W. Nichols' Motion to Dismiss [ECF No. 5] filed on July 18, 2019 for sixty days from the current deadline of January 31, 2020 to March 31, 2020.

Counsel for Plaintiff filed a Motion to Withdraw as counsel of record on December 2, 2019. The Motion to Withdraw is still currently pending. To avoid any prejudice to Plaintiff due to counsel's withdrawal, the parties have stipulated to extend the deadline for Plaintiff to prepare and file his opposition to the Defendants' Motion to Dismiss [ECF No 5].

| | |
|---|---|
| 1 | **IT IS HEREBY STIPULATED AND AGREED** between the parties that the deadline for Plaintiff to file his opposition to the Defendants' Motion to Dismiss [ECF No 5] be extended sixty days from its current deadline of January 31, 2020 to March 31, 2020 to allow the Court to rule on counsel for Plaintiff's pending motion to withdraw and also allow Plaintiff adequate time to oppose Defendants' Motion to Dismiss. |

DATED this 27th day of January, 2020.

| MELANIE HILL LAW PLLC | HENDERSON CITY ATTORNEY |
|---|---|
| By:  /s/ Melanie A. Hill<br>Melanie A. Hill, Esq.<br>Nevada Bar No. 8796<br>520 S. 7th Street, Suite A<br>Las Vegas, Nevada 89101<br>Telephone:  (702) 362-8500<br>Facsimile:   (702) 362-8505<br>Melanie@MelanieHillLaw.com<br>*Attorneys for Plaintiff Jeffrey Alan James* | By:  /s/ Brandon Kemble<br>Brandon Kemble, Esq.<br>Nevada Bar No. 11175<br>240 Water Street, MSC 144<br>Henderson, Nevada 89015<br>Telephone: (702) 267-1200<br>Facsimile:  (702) 267-1201<br>Brandon.Kemble@cityofhenderson.com<br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated January 31, 2020.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE