# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFREY ALAN JAMES, | Case No. 2:19-cv-01207-JCM-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF HENDERSON, et al., | |
| Defendants. | |

Presently before the court is attorney Melanie A. Hill's motion to withdraw as attorney for plaintiff (ECF No. 14), filed on December 2, 2019. No responses to the motion were filed.

Having reviewed and considered the motion and Ms. Hill's declaration (ECF No. 15), and good cause appearing, the court will grant the motion to withdraw. Plaintiff is advised that unless and until he retains a new attorney, he is responsible for all deadlines in this case.

IT IS THEREFORE ORDERED that Ms. Hill's motion to withdraw (ECF No. 14) is GRANTED.

IT IS FURTHER ORDERED that Ms. Hill must serve a copy of this order on Plaintiff and must file proof of that service by March 11, 2020.

IT IS FURTHER ORDERED that the clerk of court must update the docket sheet with Plaintiff's last known address as follows:

Jeffrey Allan James #34971-048
USP Lompoc
3901 Klein Blvd.
Lompoc, CA 93436

DATED: February 25, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE