JEFFREY ALAN JAMES #34971048
USP Lompoc
U.S. Penitentiary
3901 Klein Blvd.
Lompoc Calif. 93436



FILED
ENTERED
COUNSEL/PARTIES OF RECORD

MAY 27 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

JEFFREY ALAN JAMES, an individual and resident of Nevada,

Plaintiff,

v.

CITY OF HENDERSON, a municipal corporation, DETECTIVE K. LAPEER (#1446), DETECTIVE K. LIPPISCH (#1710), DETECTIVE W. NICHOLS (#1242), and Defendant DOE OFFICERS I-X, inclusive,

Defendants.

Case No. 2:19-cv-01207-JCM-BNW

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS [ECF No. 5] DUE TO Coronvirus. In Lockdown in Quarantine since March 31, 2020 And still is.

Request) Seventh

Plaintiff Jeffrey Alan James and counsel for Defendants, Brandon P. Kemble, Assistant City Attorney for the Henderson City Attorneys' Office, respectfully submit the following stipulation and order to extend the deadline for Plaintiff to file his opposition to the Defendants City of Henderson, Detective K. Lapeer, Detective K. Lippisch, and Detective W. Nichols' Motion to Dismiss [ECF No. 5] filed on July 18, 2019 for sixty days from the current deadline of May 31, 2020 to July 31, 2020

To avoid any prejudice to Plaintiff due to Coronvirus and the Lockdown the parties have stipulated to extend the deadline for Plaintiff to prepare and file his opposition to the Defendants' Motion to Dismiss [ECF No 5].

| | |
|---|---|
| 1 | |
| 2 | |

**IT IS HEREBY STIPULATED AND AGREED** between the parties that the deadline for Plaintiff to file his opposition to the Defendants' Motion to Dismiss [ECF No 5] be extended sixty days from its current deadline of MAY 31, 2020 to July 31, 2020 to allow the Court to rule on counsel for Plaintiff's pending motion to withdraw and also allow Plaintiff adequate time to oppose Defendants' Motion to Dismiss.

DATED this ___ day of MAY, 2020.

By: *Sandra Hippert-Mother*
for Plaintiff
JEFFREY ALAN JAMES

HENDERSON CITY ATTORNEY

By: /s/ Brandon Kemble
Brandon Kemble, Esq.
Nevada Bar No. 11175
240 Water Street, MSC 144
Henderson, Nevada 89015
Telephone: (702) 267-1200
Facsimile: (702) 267-1201
Brandon.Kemble@cityofhenderson.com
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: May 29, 2020.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE



RECEIVED
FILED
ENTERED
COUNSEL/PARTIES OF RECORD

MAY 27 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**PRIORITY MAIL**

US POSTAGE PAID
$7.75
Origin: 89052
05/26/20
3140820252-11

PRIORITY MAIL 1-DAY®
0 Lb 2.10 Oz
1006
C075

Retail

EXPECTED DELIVERY DAY: 05/27/20

SHIP TO:
333 LAS VEGAS BLVD S
LAS VEGAS NV 89101-7065

USPS TRACKING® NUMBER

9505 5100 5531 0147 9395 12

PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

FROM:
Jeffrey Alan James #34977/048
USP Lompoc
U.S. Penitentiary
3901 Klein Blvd
Lompoc Calif. 93436

TO:
Federal District Court
333 Las Vegas Blvd North
Las Vegas Nevada
89101

Label 228, March 2016
FOR DOMESTIC AND INTERNATIONAL USE

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE